Alan S. Lewis
Theodore Y. McDonough
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232
Email: lewis@clm.com
       mcdonough@clm.com
*Attorneys for Plaintiff*
*John Marshall*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
JOHN MARSHALL,

           Petitioner,                Case No. 17-Civ-2951 (AJN)

           -against-                  **AFFIDAVIT OF SERVICE**

UNITED STATES OF AMERICA,

           Respondent.
-----------------------------------------------------------------X

STATE OF NEW YORK  )
                            ss.:
COUNTY OF NEW YORK  )

      EDURIN COLON, being duly sworn, deposes and says:

      1. I am over the age of eighteen years, am not a party to this proceeding and am employed by the law firm of Carter Ledyard & Milburn LLP, attorneys for Petitioner.

      2. On Tuesday April 25, 2017 at 2:42 P.M., I personally served true and correct copies of the Summons in a Civil Action, Petition and Memorandum of Law in Support of Petition for Writ of Error Coram Nobis, Civil Cover Sheet, Declaration of Alan S. Lewis in Support of Petition for Writ of Error Coram Nobis, Declaration of John Marshall in Support of Petition for Writ of Error Coram Nobis, the individual rules of Judge Alison J. Nathan and Magistrate Henry Pitman and the Electronic Case Filing Rules & Instructions of the Southern District of New York, in the within action, upon defendant United States of America, c/o United States Attorney's Office (Civil Division) at their place of business

7944389.1

located at 86 Chambers Street, New York, New York, by delivering and leaving the aforementioned papers with Haojun Lee, a Civil Clerk, who stated to me that he was authorized to accept service of papers on behalf of United States of America.

    3. I describe Haojun Lee as follows: a Asian male, approximately 32 years of age, weighing approximately 150 pounds, approximately 5'8", having black hair and brown eyes.

    4. On Wednesday, April 26, 2017, I mailed true and correct copies of the aforementioned documents by placing the same in a post-paid envelope addressed:

> ATTORNEY GENERAL OF
> THE UNITED STATES
> U.S. Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001

    5. On Wednesday, April 26, 2017 at 4:16 P.M., I deposited said envelope with a postal clerk at the United States Post Office located at One Hanover Street, New York, New York, to be dispatched by certified mail, return receipt requested. Attached hereto is the postal receipt for the certified mailing.

Edurin Colon<br>
License No. 1078368

Sworn to before me this

28th day of April, 2017.

_____
Notary Public.

ANTONIO MALASPINA
Notary Public, State of New York
No. 01MA4926741
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 18, 2018

7944389.1

