UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

John Marshall,

            Petitioner,

    –v–

United States of America,

            Respondent.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: May 15, 2017

17-cv-2951 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court, having received the Petitioner's petition for a writ of error coram nobis, hereby ORDERS that:

    The United States Attorney for the Southern District of New York shall file an answer or other pleadings in response to the petition, along with transcripts of any relevant proceedings not already contained in the record, within sixty days of the date of service (April 25, 2017). Petitioner may file reply papers, if any, within thirty days from the date he is served with Respondents' answer.

    SO ORDERED.

Dated: May 15, 2017
       New York, New York

                                  ALISON J. NATHAN
                                  United States District Judge